## T. B. HARPER v. MUNICIPALITY No. ONE et al.

The petition charged that the defendants had unwarrantably and illegally destroyed a certain railroad ; that the iron and materials of the road were the petitioner's property, and that the iron and materials were kept from the petitioner by the defendants, and claimed the value of said materials. *Held:* That the action was one of damages for a tort, and the prescription of one year applicable to it.

APPEAL from the Fifth District Court of New Orleans, *Augustin*, J.
     *T. H. Howard*, for plaintiff and appellant. *J. J. Michel*, for defendant.

SPOFFORD, J. This is an action for the alleged unwarrantable and illegal destruction of a railroad belonging to the plaintiff, of which the iron and other materials are declared to be worth $7500, for which sum the suit is brought.

The injury is said to have been done in 1840, and the suit was instituted in June, 1850.

We concur with the District Judge, that the action must, on the whole, be considered as an action in damages for an alleged tort.

The plea of prescription was, therefore, properly sustained.

Judgment affirmed.